IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**MARIA FLORINDA LEYVA MOYA,**
*Personal Representative in the Matter of the*
*Estate of Daniel Leyva*,
**Plaintiff,**

v.                                                                                          Civ. No. 16-916 SMV/GJF

**BOARD OF COUNTY COMMISSIONERS ex rel.**
**DONA ANA COUNTY, et al.,**

  **Defendants.**

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO DISMISS
WITH PREJUDICE THE THIRD AMENDED COMPLAINT AS TO
ALL DEFENDANTS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a(2)**

THIS MATTER came before the court upon Plaintiff's Unopposed Motion To Dismiss With Prejudice The Third Amended Complaint As To All Defendants Pursuant To Federal Rule Of Civil Procedure 41(A(2). THE COURT, having been advised that Blaine T. Mynatt, counsel for Defendants Board Of County Commissioners ex rel. Dona Ana County, Dona Ana County Detention Center, Unknown Jail Officers And Employees, Agents, Contractors, Jointly And Severally, And John Does 1-20, and Henry J. Paoli, Counsel for Defendants Corizon Health Inc., Tamara Rush, RN., Janet Diaz, MHT, and Sergio Castillo, M.D, are unopposed to the motion, this court FINDS that the motion is well taken and should be granted;

IT IS THEREFORE THE ORDER OF THE COURT that Plaintiff's Unopposed Motion To Dismiss With Prejudice The Third Amended Complaint As To All Defendants Pursuant To Federal Rule Of Civil Procedure 41(A(2) shall be and is hereby granted;

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Defendants Board Of County Commissioners Ex Rel. Dona Ana County, Dona Ana County Detention Center, Corizon Health Inc., Tamara Rush, RN., Janet Diaz, MHT, Sergio Castillo, M.D., And Unknown Jail Officers And Employees, Agents, Contractors, Jointly And Severally, And John Does 1-20, shall be and are hereby dismissed with prejudice as Defendants in this case.

_____
STEPHAN M. VIDMAR
U.S. Magistrate Judge

Submitted and Approved by:

*/s/Jose R. Coronado*
JOSE R. CORONADO
119 N. Main Street
Las Cruces, NM  88001
(575) 525-2517
(575) 525-2518 – Fax
Cjr1138@qwestoffice.net

*Attorney for Plaintiff*

Approved by:

*Unopposed*
BLAINE T. MYNATT
Holt Mynatt Martinez, P.C.
1660 Hickory Loop
Las Cruces, NM 88004
(575) 524-8812
Fax (575) 524-0726
btm@hmm-law.com

*Attorney for Defendants Board of County Commissioners ex rel., Dona Ana County, Dona Ana County Detention Center, Unknown Jail Officers And Employees, Agents, Contractors, Jointly And Severally, And John Does 1-20*

and

SCOTT HULSE, P.C.
201 North Church Street, Suite 201
Las Cruces, NM 88001
(575) 522-0765
575-522-0006 Facsimile
or
1100 Chase Tower
201 E. Main Dr.
El Paso, Texas 79901
(915) 533-2493
(915) 546-8333 Telecopier

*Unopposed*
JOSHUA DWYER
NM State Bar No. 138077
jdwy@scotthulse.com
HENRY J. PAOLI, Admitted pro hac vice
Texas State Bar No. 240302926
hpao@scotthulse.com

*Attorneys for Defendants Corizon Health, Inc., Tamara Rush, RN., Janet Diaz, MHT, and Sergio Castillo, M.D.*